## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Spirit Lake Tribe and Myra Pearson, individually, | ) ) ) | Case No.: 2:10-cv-95 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER OF DISMISSAL** |
| Benson County, North Dakota; Benson County Board of Commissioners; Curtis Hvinden, David Davidson, Michael Steffan, Lowell Haagenson, and Jason Lee, in their official capacity as members of the County Board of Commissioners; and Bonnie Erickson, in her official capacity as the County Auditor for Benson County, North Dakota, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Before the Court is the parties' Stipulation for Dismissal (Doc. #69).  Upon consideration the Court hereby **ADOPTS** the stipulation, and it is hereby **ORDERED** that this action be dismissed with prejudice.  **IT IS FURTHER ORDERED** that the parties shall bear their respective costs as agreed by the parties, including attorney's fees or other expenses pertaining to this litigation. This Court shall retain jurisdiction with respect to the matters outlined in paragraphs one and two of the Stipulated Agreement and Order.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 21st day of May, 2012.

BY THE COURT:

*/s/  Ralph R. Erickson*
Ralph R. Erickson
Chief Judge of the District Court